**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7765**

---

WILLIAM HOLLY,

                                  Petitioner - Appellant,

    versus

J. D. LAMER, Warden; KATHLEEN M. HAWK, Direc-
tor Federal Bureau of Prisons; JANET RENO,
Attorney General; GASTON CAPERTON, Governor;
EVEN BAYH, Governor; PAMELA CARTER, Attorney
General State of Indiana; CHARLES G. BROWN,
Attorney General of West Virginia,

                                  Respondents - Appellees.

---

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief
District Judge. (CA-95-70-5)

---

Submitted:  September 11, 1997      Decided:  September 18, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Holly, Appellant Pro Se.  Scott E. Johnson, OFFICE OF THE
ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia; Helen
Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling,
West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Holly appeals the district court's order denying re-lief on his 28 U.S.C. § 2241 (1994) petition and his corresponding motion for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magis-trate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Holly v. Lamer, No. CA-95-70-5 (N.D.W. Va. Sept. 30, 1996; Oct. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2